IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RALPH EDWARD PAGE,<br><br>Defendant. | CR 23-06-H-BMM<br><br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion for a Preliminary Order of Forfeiture. Defendant Ralph Edward Page appeared before the Court on May 23, 2023, and entered a plea of guilty to the Indictment. Page's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that Ralph Edward Page's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- Norinco (North China Industries) SKS Rifle, .762 caliber, SN: 1720945
- Winchester 94 Rifle, .30-30 caliber, SN: 3887683
- Marlin Firearms Co. XT-17 Rifle, .17 caliber, SN: MM86845C
- Mossberg Unknown Rifle, .22 caliber, unknown SN

1

- Ruger Standard Pistol, .22 caliber, SN: 247320
- Ruger Single Six Revolver, .22 caliber, SN: 68-26653
- 636 rounds of assorted ammunition, unknown caliber
- 1286 rounds of assorted ammunition, unknown caliber
- 29 rounds of Wolf ammunition, .762 caliber
- 25 rounds of assorted ammunition, unknown caliber
- 66 rounds of assorted ammunition, .762 caliber
- 23 rounds of assorted ammunition, .22 caliber
- 67 rounds of assorted ammunition, unknown caliber
- 59 rounds of Wolf ammunition, .762 caliber

IT IS FURTHER ORDERED that the United States Marshals Service and the Bureau of Alcohol, Tobacco, Firearms and Explosives shall seize the property subject to forfeiture and further shall make a return as provided by law.

IT IS FURTHER ORDERED that the United States shall provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and shall make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture and in any event this

Order shall become final as to Mr. Page at sentencing and is incorporated into any judgment issued in this case pursuant to Federal Rule of Criminal Procedure 32.2(b)(4)(A)-(B).

DATED this 30th day of May, 2023.

_____
Brian Morris, Chief District Judge
United States District Court