IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. RALPH EDWARD PAGE, Defendant. | CR 23-06-H-BMM FINAL ORDER OF FORFEITURE |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture. Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d); Rule 32.2, Federal Rules of Criminal Procedure.

2. A Preliminary Order of Forfeiture was entered on May 30, 2023. (Doc. 47). Defendant Ralph Edward Page's interest in the below firearms and ammunition was forfeited to the United States.

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by Rule 32.2, Federal Rules of Criminal Procedure. (Docs. 48, 48-1).

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d), and Rule 32.2, Federal Rules of Criminal Procedure.

IT IS ORDERED:

THAT the Motion for Final Order of Forfeiture is GRANTED as it is related to Defendant Ralph Edward Page. The Defendant's interest in the property, if any, is forfeited to the United States;

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), and Rule 32.2, Federal Rules of Criminal Procedure:

- Norinco (North China Industries) SKS Rifle, .762 caliber, SN: 1720945
- Winchester 94 Rifle, .30-30 caliber, SN: 3887683
- Marlin Firearms Co. XT-17 Rifle, .17 caliber, SN: MM86845C
- Mossberg Unknown Rifle, .22 caliber, unknown SN
- Ruger Standard Pistol, .22 caliber, SN: 247320
- Ruger Single Six Revolver, .22 caliber, SN: 68-26653
- 636 rounds of assorted ammunition, unknown caliber
- 1286 rounds of assorted ammunition, unknown caliber
- 29 rounds of Wolf ammunition, .762 caliber
- 25 rounds of assorted ammunition, unknown caliber
- 66 rounds of assorted ammunition, .762 caliber
- 23 rounds of assorted ammunition, .22 caliber
- 67 rounds of assorted ammunition, unknown caliber
- 59 rounds of Wolf ammunition, .762 caliber

DATED this 1st day of August 2023.

_____
Brian Morris, Chief District Judge
United States District Court